# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD CARD and<br>KRISTEN LEHMAN,<br>　　　　Plaintiffs<br><br>　v.<br><br>USA TRUCK, INC. c/o CT<br>CORPORATION SYSTEM,<br>USA TRUCK, INC., and<br>DAVID D. MOORE,<br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 3:13cv2538<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 11th day of October 2013, the Clerk of Court is directed to **REMAND** this case to the Court of Common Pleas of Luzerne County, Pennsylvania and to close the case in this court.

　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　s/ James M. Munley
　　　　　　　　　　　　　　JUDGE JAMES M. MUNLEY
　　　　　　　　　　　　　　United States District Court